# EXHIBIT C

medtoolstore.com
Copyright pending
Anesthesia Pediatric Dosing and Reference Resource
medtoolstore.com
Copyright pending

**Anesthesia Pediatric Dosing and Reference Resource** medtoolstore.com

| Age | NB | 6M | 1Y | 2Y | 3Y | 4Y | 5Y | 6Y | 7Y | 8Y | 9Y | 10Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| kg wt | 3.3 | 8 | 10.6 | 14 | 15 | 17 | 19 | 22 | 25 | 28 | 31 | 35 |
| ETT | 3.5 | 4.0 | 4.0-4.5 | 4.5 | 4.5-5.0 | 5.0 | 5.0-5.5 | 5.5 | 5.5-6.0 | 6.0 | 6.0-6.5 | 6.5 |
| Depth ETT cm | 10 | 12 | 12.5 | 13 | 13.5 | 14 | 14.5 | 15 | 15.5 | 16 | 16.5 | 17 |
| Blade | Miller1 | | | Miller2 | | Mac2 | | | | Miller2-3 | | |
| Suct Cath | 6 Fr. | | | 8 Fr. | | | | | | 10 Fr. | | |
| Bld. Vol | 264ml | 600ml | 795ml | 1060ml | 1125ml | 1275ml | 1425ml | 1650ml | 1875ml | 2100ml | 2325ml | 2625ml |
| BP HR Resp | 80/50 140 35-60 | 90/60 120 30 | 95/65 | | | | 100/65 100 25 | | | | | 110/60 90 20 |
| Oral Versed 0.5mg/kg 2mg/ml | N.A. | 4mg 2ml | 5.3mg 2.6ml | 7.0mg 3.5ml | 7.5mg 3.7ml | 8.5mg 4.2ml | 9.5mg 4.7ml | 11mg 5.5ml | 12.5mg 6.2ml | 14mg 7ml | 15.5mg 7.7ml | 17.5mg 8.7ml |
| Atropine 10ug/kg =.01mg/kg | 0.1mg 0.25ml @ 0.4mg/ml | 0.1mg 0.25ml | 0.1mg 0.25ml | 0.14mg 0.35ml | 0.15mg 0.38ml | 0.17mg 0.43ml | 0.19mg 0.48ml | 0.22mg 0.55ml | 0.25mg 0.63ml | 0.28mg 0.7ml | 0.31mg 0.78ml | 0.35mg 0.88ml |
| Glycopyrrolate 5 ug/kg | 16.5ug 0.08ml @ 0.2mg/ml | 40ug 0.2ml | 53ug 0.27ml | 70ug 0.35ml | 75ug 0.38ml | 85ug 0.43ml | 95ug 0.48ml | 110ug 0.55ml | 125ug 0.63ml | 140ug 0.7ml | 155ug 0.78ml | 175ug 0.88ml |
| Fentanyl 1 ug/kg | 3.3ug 0.066ml @ 50ug/ml | 8ug 0.16ml | 10.6ug 0.21ml | 14ug 0.28ml | 15ug 0.3ml | 17ug 0.34ml | 19ug 0.38ml | 22ug 0.44ml | 25ug 0.5ml | 28ug 0.56ml | 31ug 0.62ml | 35ug 0.7ml |
| Succinylcholine 2 mg/kg | 6.6mg 0.33ml @ 20mg/ml | 16mg 0.8ml | 21mg 1.06ml | 28mg 1.4ml | 30mg 1.5ml | 34mg 1.7ml | 38mg 1.9ml | 44mg 2.2ml | 50mg 2.5ml | 56mg 2.8ml | 62mg 3.1ml | 70mg 3.5ml |

Copyright pending

medtoolstore.com

| Drug | NB | 6M | 1Y | 2Y | 3Y | 4Y | 5Y | 6Y | 7Y | 8Y | 9Y | 10Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Propofol 2mg/kg 1-3mg/kg | 6.6mg 0.7ml @ 10mg/ml | 16mg 1.6ml | 21.2mg 2.1ml (See pediatric propofol guidelines) | 28mg 2.8ml | 30mg 3.0ml | 34mg 3.4ml | 38mg 3.8ml | 44mg 4.4ml | 50mg 5.0ml | 56mg 5.6ml | 62mg 6.2ml | 70mg 7.0ml |
| Zemuron 0.6mg/kg 0.6-1mg/kg | 1.98mg 0.2ml @ 10mg/ml | 4.8mg 0.48ml | 6.36mg 0.63ml | 8.4mg 0.84ml | 9mg 0.9ml | 10.2mg 1.02ml | 11.4mg 1.14ml | 13.2mg 1.32ml | 15mg 1.5ml | 16.8mg 1.68ml | 18.6mg 1.86ml | 21mg 2.1ml |
| Nimbex 0.15mg/kg 0.15-0.2mg/kg | 0.5mg 0.25ml @ 2mg/ml | 1.2mg 0.6ml | 1.59mg 0.8ml | 2.1mg 1.05ml | 2.25mg 1.13ml | 2.55mg 1.28ml | 2.85mg 1.43ml | 3.3mg 1.65ml | 3.75mg 1.88ml | 4.2mg 2.1ml | 4.65mg 2.33ml | 5.25mg 2.63ml |
| Ketorolac 0.5mg/kg | @ 30mg/ml | | | 7mg 0.23ml | 7.5mg 0.25ml | 8.5mg 0.28ml | 9.5mg 0.32ml | 11mg 0.36ml | 12.5mg 0.42ml | 14mg 0.47ml | 15.5mg 0.52ml | 17.5mg 0.58ml |
| Morphine 0.1mg/kg= | 0.33mg 0.033ml @10mg/ml | 0.8mg 0.08ml | 1.06mg 0.10ml | 1.4mg 0.14ml | 1.5mg 0.15ml | 1.7mg 0.17ml | 1.9mg 0.19ml | 2.2mg 0.22ml | 2.5mg 0.25ml | 2.8mg 0.28ml | 3.1mg 0.31ml | 3.5mg 0.35ml |
| Tylenol Supp 15-30mg/kg | 50mg - 100mg | 120mg - 240mg | 160mg - 320mg | 210mg - 420mg | 225mg - 450mg | 255mg - 510mg | 285mg - 570mg | 330mg - 660mg | 375mg - 780mg | 420mg - 840mg | 465mg - 930mg | 525mg - 1050mg |
| Zofran 100ug/kg | 330ug 0.165ml @ 2mg/ml | 800ug 0.4ml | 1060ug 0.53ml | 1400ug 0.7ml | 1500ug 0.75ml | 1700ug 0.85ml | 1900ug 0.95ml | 2200ug 1.1ml | 2500ug 1.25ml | 2800ug 1.4ml | 3100ug 1.55ml | 3500ug 1.75ml |
| Ofirmev 12.5mg/kg | - @ 10mg/ml | - | - | 175mg 17.5ml | 187mg 18.7ml | 212mg 21.2ml | 237mg 23.7ml | 275mg 27.5ml | 312mg 31.2ml | 350mg 35ml | 387mg 38.7ml | 437mg 43.7ml |
| Diphenhydramine 1mg/kg 1-2mg/kg | 3.3mg 0.066ml @ 50mg/ml | 8mg 0.16ml | 10.6mg 0.21ml | 14mg 0.28ml | 15mg 0.3ml | 17mg 0.34ml | 19mg 0.38 | 22mg 0.44ml | 25mg 0.5ml | 28mg 0.56ml | 31mg 0.62ml | 35mg 0.7ml |
| Dexamethasone for N/V 0.25mg/kg | 0.82mg 0.2ml @ 4mg/ml | 2mg 0.5ml | 2.6mg 0.66ml | 3.5mg 0.87ml | 3.75mg 0.93ml | 4.25mg 1.06ml | 4.75mg 1.18ml | 5.5mg 1.37ml | 6.25mg 1.56ml | 7mg 1.75ml | 7.75mg 1.93ml | 8.75mg 2.18ml |
| Epinephrine 0.01mg/kg | 0.033mg 0.33ml @ .1mg/kg IV of 1:10,000 | 0.08mg 0.8ml | 0.106mg 1.06ml | 0.14mg 1.4ml | 0.15mg 1.5ml | 0.17mg 1.7ml | 0.19mg 1.9ml | 0.22mg 2.2ml | 0.25mg 2.2ml | 0.28mg 2.8ml | 0.31mg 3.1ml | 0.35mg 3.5ml |

Copyright pending

* All doses, calculations and guidelines must be verified - The authors make no claims of the accuracy of the information contained herein; and these suggested doses and/or guidelines are not a substitute for clinical judgment. Neither Medtool nor any other party involved in the preparation of this document shall be liable for any special, consequential, or exemplary damages resulting in whole or part from any user's use of or reliance upon this material. PLEASE READ THE DISCLAIMER CAREFULLY BEFORE USING THIS DOCUMENT. BY USING THIS DOCUMENT YOU AGREE TO BE BOUND BY THE TERMS AND CONDITIONS SET FORTH IN THE DISCLAIMER.

medtoolstore.com
medtoolstore.com