IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00260-MEH | Date: | May 28, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

_Parties:_                                                   _Counsel:_

MEDINFO INC.                                          George Scott

    Plaintiffs,

v.

MEDTOOL LLC                                          Stephen Mosier

    Defendant.

---

**COURTROOM MINUTES
MOTION HEARING**

---

**9:33 a.m.  Court in session.**

Court calls case.  Appearances of counsel.  Stephen Mosier appeared by telephone.

**ORDERED**:

[20] MOTION to Dismiss for Lack of Jurisdiction filed by MedTool LLC, is TAKEN UNDER ADVISEMENT.

Defendant will file a Reply to [24] Response to [20] Motion to Dismiss for Lack of Jurisdiction on or before June 1. 2015.

[21] MOTION for Extension of Time to Adjourn the Scheduling Conference to a Date Subsequent to the Court's Determination of its Personal Jurisdiction over Defendant filed by MedTool LLC. is GRANTED.

**10:10 a.m.    Court in recess.**    Hearing concluded.
Total in-court time    00:37

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.